*Alexander J. Lindsay* and *Richmond J. Reese* for appellant.

*Milton R. Weinberger* and *William Klein* for respondent.

Order affirmed, with costs; question certified answered in the negative; no opinion.

Concur: CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and ANDREWS, JJ.

---

ELVIRA SINCLAIR, Plaintiff, *v.* LYDIA M. PURDY, Individually and as Administratrix of the Estate of ELIJAH F. PURDY, Deceased, et al., Defendants; GUY W. DALY as Executor of JENNIE A. MAPES, Deceased, Appellant, and EDWIN G. COREY et al., as Executors of ELVIRA PURDY, Deceased, et al., Respondents.

*Contract — decedent's estate — insufficiency of evidence to establish contract to devise lands.*

*Sinclair* v. *Purdy*, 213 App. Div. 439, affirmed.

(Argued February 26, 1926; decided March 30, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 13, 1925, which modified an interlocutory judgment in an action of partition so as to direct a dismissal of a counterclaim of one of the defendants alleging that the owner of an undivided interest in the land in suit had contracted with said defendant to devise to her his interest in the lands in consideration of her permitting him to live with her for the rest of his life and praying for specific performance of said agreement. The Appellate Division held that there was no sufficient evidence of such a contract.

*Arthur H. Parkhurst* and *C. F. Swart* for appellant.

*George H. Corey* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO, J.